AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 17 2025
ARTHUR JOHNSTON
BY _____ DEPUTY

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JAVIER EMERARDO AJCALON-GONZALEZ | ) Case No. |
| | ) 1:25mj 175-BWR |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **October 17, 2025** in the county of **Hancock** in the **Southern** District of **MS, Southern Division**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Forcibly Assaulting, Resisting, or Impeding a Federal Officer. |

This criminal complaint is based on these facts:
See Affidavit attached hereto and incorporated herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Drew Robinson, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/17/2025

_____
*Judge's signature*

City and state: Gulfport, Mississippi

Bradley W. Rath, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT FOR CRIMINAL COMPLAINT

STATE OF MISSISSIPPI )
COUNTY OF HARRISON )
SOUTHERN DISTRICT OF MISSISSIPPI )

I, Drew Robinson being first duly sworn, hereby depose and say that:

1. Your Affiant currently is employed by the Federal Bureau of Investigation (FBI) Jackson Division, Gulfport Resident Agency (RA), MS, as a Special Agent (SA). Your Affiant has been employed by the FBI since February 2015. My current and primary duties at the FBI include the investigation of violent incident crimes, gang enterprise investigations, transnational organized crime, and other various criminal acts. I have participated in numerous investigations including assault on a federal officer, and violent crimes. Through my training, education, and experience, I have become familiar with investigations involving acts of violent crime, civil rights, public corruption, financial crimes, and terrorism.

2. This affidavit is intended to show only that there is sufficient probable cause for a federal criminal complaint and arrest warrant and does not set forth all my knowledge about this matter. Because this affidavit is submitted for the limited purpose of securing a federal criminal complaint and arrest warrant regarding Javier Emerardo Ajcalon-Gonzalez, I have not included each and every fact known to me concerning this investigation. The facts set forth in this affidavit are based on my personal observations, my training and experience, and information obtained from other agents and witnesses.

3. On or about October 16, 2025, United States Border Patrol (USBP) Agent Derek Haynes (Agent Haynes) conducted a traffic stop on a white van, operated by Javier Emerardo Ajcalon-Gonzalez, on Mississippi Highway 607 just south of Interstate 10 in Hancock County, in the Southern Division of the Southern District of Mississippi. The traffic stop was initiated by Agent Haynes activating the blue lights of his unmarked USBP vehicle. Agent Haynes was dressed in plain clothes attire with his USBP body armor vest which had clearly displayed upon it a "Border Patrol Federal Agent" placard and a USBP badge insignia. Ajcalon-Gonzalez pulled his vehicle to the right shoulder of the roadway in compliance with the traffic stop.

4. Agent Haynes made contact with Ajcalon-Gonzalez at the driver's window of the vehicle driven by Ajcalon-Gonzalez. Agent Haynes asked for Ajcalon-Gonzalez's identification and was presented with a Guatemalan Identification Card. Agent Haynes asked for the immigration documents of Ajcalon-Gonzalez, as well as for an unknown front seat passenger and unknown rear seat passenger. None of the occupants were able to produce any immigration documents.

5. In an attempt to arrest Ajcalon-Gonzalez for being an alien illegally present in the United States, Agent Haynes handcuffed the right wrist of Ajcalon-Gonzalez and was going to attempt to attach the other side of the handcuff to the wrist of the passenger, however, the

two passengers of the vehicle fled and ran into a wooded area. Although Agent Haynes had requested back-up from another USBP agent located in the vicinity, back-up had not yet arrived, and the two subjects who fled were not apprehended.

6. Agent Haynes attempted to secure Ajcalon-Gonzalez's left wrist in the handcuffs, but Ajcalon-Gonzalez tensed his arm and held it tight to his body, refusing to comply with Agent Haynes. Agent Haynes spoke in Spanish for Ajcalon-Gonzalez to give Agent Haynes his wrist but Ajcalon-Gonzalez continued to resist.

7. Agent Haynes attempted to physically gain control of Ajcalon-Gonzalez's left wrist and place it in the handcuffs – at which time, Ajcalon-Gonzalez grabbed Agent Haynes's thumb and bent it backwards, in what Agent Haynes thought was an attempt to break his thumb. This is further evidenced by actions captured in Agent Haynes's body camera footage with Agent Haynes yelling out on the footage about his thumb.

8. Agent Haynes then struck Ajcalon-Gonzalez in an attempt to free his thumb and gain compliance. Agent Haynes continued to struggle with Ajcalon-Gonzalez for approximately two minutes until being able to get the handcuffs completely onto Ajcalon-Gonzalez. Thereafter, USBP back-up arrived on scene and Ajcalon-Gonzalez was transported to the Gulfport Border Patrol Station for processing.

9. During the struggle with Ajcalon-Gonzalez, Agent Haynes's right middle finger was cut on the handcuffs, causing a laceration with blood. The blood can be seen on the body camera footage. Additionally, Agent Hayne's left hand had an abrasion from the handcuffs. Special Agent Robinson took photographs of Agent Haynes and Ajcalon-Gonzalez's injuries.

## Conclusion

10. Based upon these facts and circumstances, your Affiant believes there is probable cause to show that Javier Emerardo Ajcalon-Gonzalez violated Title 18, United States Code, Section 111(a)(1) – Assaulting, Resisting or Impeding a Federal Officer, a felony offense.

_____
Drew Robinson
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me, this, the ____17th____ day October, 2025

_____
Bradley W. Rath
United States Magistrate Judge

Page 2 of 2